IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FLOYD OVERTURF,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)　　Case No. 3:17-CV-00762-MAB
　　　　　　　　　　　　　　　　　　)
WEXFORD HEALTH SOURCES, ET　　　)
AL.,　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on September 22, 2017, Defendants Wexford Health Sources and Jane Doe #3 were **DISMISSED without prejudice** (Doc. 17).

**IT IS FURTHER ORDERED AND ADJUDGED** that through Plaintiff's First Amended Complaint, Defendants Jane Doe #1, Jane Doe, #2, John Doe #1, and the Warden of Big Muddy River Correctional Center were **TERMINATED** from this action (Doc. 53).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order entered on November 18, 2020, Defendant Kristen A. Minor was **DISMISSED with prejudice** (Doc. 109).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order entered on November 20, 2020 granting Defendants' motions for summary judgment, Defendants Deborah Isaacs, Brian Neal, and Gary A. Gerst were **DISMISSED with**

**prejudice** (Doc. 110).

Judgment is entered in favor of Defendants Isaacs, Neal, and Gerst and against Plaintiff Overturf. Plaintiff shall recover nothing and this action is **DISMISSED in its entirety.**

DATED: November 20, 2020

**MARGARET M. ROBERTIE,**
**Clerk of Court**

BY:   /s/ *Jennifer Jones*
**Deputy Clerk**

APPROVED:   /s/ Mark A. Beatty
**MARK A. BEATTY**
**United States Magistrate Judge**